Send Closed

1  John E. Moran (State Bar No. 94179)
   Susan L. Wilson (State Bar No. 195022)
2  **DANNER & MARTYN, LLP**
   100 E. Thousand Oaks Blvd., Suite 244
3  Thousand Oaks, California 91360
   Telephone: (805) 777-8700
4  Facsimile: (805) 778-0736

5  Attorneys for Plaintiff
   DIRECTV, INC.

FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DUONG; ANGELA HOLMAN; HUNG VU; MICHAEL BERNARDINO; DANIEL NGUYEN,<br><br>Defendants. | CASE NO.: SACV-03-00792 JVS (ANx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DANIEL NGUYEN; [PROPOSED] ORDER THEREON**<br><br>Assigned to Hon. James V. Selna |

IT IS HEREBY STIPULATED

LODGED
OCT 26 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

///
///
///
///
///
///
///
///
///

DOCKETED ON CM
OCT 27 2004
BY         074

46

ORIGINAL

1  Plaintiff, DIRECTV, INC. and Defendant DANIEL NGUYEN by and through
2  their respective counsel of record, hereby stipulate that this action be dismissed with
3  prejudice as against Defendant DANIEL NGUYEN only, with each side to bear its/his
4  own attorney's fees and costs.

5  Dated: 10-22, 2004          DANNER & MARTYN, LLP

7                              By: _____
                                   John E. Moran
8                                  Susan L. Wilson
                                   Attorneys for Plaintiff DIRECTV, INC.

10 Dated: 10-21, 2004           LAM, KNUDSON & PARK

12                              By: _____
                                   Karl J. Knudson
13                                 Attorney for Defendant DANIEL NGUYEN

**ORDER**

16 **IT IS SO ORDERED.**

18 Dated: 10.27.04              By: _____
                                   Honorable James V. Selna
19                                 United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF VENTURA

     I am employed by Danner & Martyn, LLP in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, 91360.

     On October 25, 2004, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DANIEL NGUYEN; [PROPOSED] ORDER THEREON** on the interested parties in this action as stated on the attached service list as follows:

☐   By placing true copies thereof enclosed in sealed envelope(s) addressed as stated on the attached service list

    ☐   BY PERSONAL SERVICE (CCP §1011):
        I delivered such envelope(s) by hand to the offices of the addressee(s).

    ☒   BY MAIL (CCP §1013(a)&(b)):
        I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☐   BY OVERNIGHT CARRIER (CCP §1013(c)&(d)):
        I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing via Overnight Carrier. Under that practice such envelope(s) would be deposited at an authorized Overnight Carrier "drop off" box on that same day with delivery fees fully provided for at 100 E. Thousand Oaks Blvd., Suite 244, Thousand Oaks, California, in the ordinary course of business.

☐   BY FACSIMILE:
Pursuant to CCP §1013(e) and (f) and CRC Rule 2008, on _____, 2004, at approximately _____ AM/PM I served the above stated document by facsimile from the facsimile machine of Danner & Martyn, LLP whose phone number is (805) 778-0736 as stated on the attached service list. The facsimile machine used complies with CRC Rule 2003(3). Pursuant to CRC Rule 2008(e) the transmission be facsimile was reported as complete and without error

Executed on October 25, 2004, at Thousand Oaks, California

☐   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                                        _____
                                                        Jeannine Linder

## SERVICE LIST

| | |
|---|---|
| Karl J. Knudson, Esq.<br>LAM, KNUDSON & PARK<br>Garden Grove Plaza<br>12966 Euclid Street, Suite 240<br>Garden Grove, CA  92843<br>Telephone:  (714) 636-0999 | Attorney for Defendant DANIEL NGUYEN |

::ODMA\PCDOCS\DOCS\138420\1

56-7616